**Charles Gene ROGERS, Plaintiff—Appellant,**

v.

**John T. BULLOCK; Don G. Wood; Boyd Bennett; Kenworthy; Mary Lu Rogers, Defendants—Appellees.**

No. 07–7551.

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2008.

Decided: June 2, 2008.

Charles Gene Rogers, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Gene Rogers appeals the order of the magistrate judge denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Rogers v. Bullock,* No. 1:06–cv–00350–PTS, 2007 WL 2712922 (M.D.N.C. Sept. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*